UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

ERIC M. DROBNAK, as Father and
Natural Guardian for E.C.D., an Infant
over the age of 14 years,                                         25-cv-3704 (AEK)

                  Plaintiff-Petitioner,          **ORDER APPROVING**
**INFANT COMPROMISE**

      -against-

UNITED STATES OF AMERICA,

          Defendant-Respondent.

------------------------------------------------------x

Upon reviewing the Petition of ERIC M. DROBNAK as father and natural guardian for E.C.D., an infant over the age of 14 years, sworn to on May 1, 2025; the affidavit of the Infant Plaintiff, sworn to on May 1, 2025; the affirmation of Anthony J. Scarcella, Esq., dated April 5, 2025; the affirmation of Elizabeth Patsy Bobde, M.D., dated February 26, 2025; and the stipulation for compromise settlement and release of Federal Tort Claims Act claims pursuant to 28 U.S.C. § 2672, *see* ECF Nos. 1 and 1-1 through 1-5; and upon the appearances of the attorneys for the Petitioner and the Respondent before me on August 14, 2025; and due deliberation having been had herein;

It appearing that the infant was born in 2009, and it appearing that the best interests of the infant shall be served by the approval of the proposed settlement;

NOW, on the motion of Anthony J. Scarcella, Esq of the SCARCELLA LAW OFFICES, Esqs., it is

ORDERED *that*, ERIC M. DROBNAK as father and natural guardian for E.C.D., an infant over the age of 14 years, is authorized to enter into a compromise of the infant's cause of action for the sum of $40,000.00 in full settlement of this action, to be paid by the respondents, and it is further

ORDERED *that,* out of the said total sum there be paid by the defendant-respondent to the SCARCELLA LAW OFFICES, attorneys for the petitioner, the sum of $8,000 as their entire compensation, including disbursements in the infant's cause of action, and it is further

ORDERED, *that* the balance of the said settlement, to wit, the sum of $32,000.00, shall be paid by the defendant-respondent, within the time period set forth in CPLR §5003-a, to the infant's father, jointly with an officer of **Citibank, 65 Main Street, Hastings on Hudson, New York 10706,** to be deposited in said bank in an insured high-yield, interest-bearing bank account, in the name of the father, ERIC M. DROBNAK as father and natural guardian for E.C.D. an infant, for the sole use and benefit of E.C.D., the infant herein, with no withdrawals to be paid from said account before the infant reaches the age of 18 years, except by further Order of this Court; and it is further

ORDERED *that*, the age of maturity of the account shall not be extended beyond the infant plaintiff's 18 birthday, and shall be continuously renewed, and when no such account is available due to the infant's age, the accumulated funds shall then be placed in an insured, savings, interest bearing account, to be held until the infant plaintiff reaches the age of 18 years and makes a demand for the monies. When the infant plaintiff reaches 18 years of age, the said depository is directed to pay over, without out further Order of this Court or any proceedings, to said infant, upon prior proof of age and identification, upon demand, all of the monies in the aforementioned account, and it is further

ORDERED *that*, on presentment of proper proof to the depository of the infant's identity and that the infant has reached 18 years of age, the depository shall pay upon demand all monies held in the account to the infant named herein, and it is further

ORDERED *that*, the attorney for the Plaintiff-Petitioner shall serve a copy of this order upon said Bank and shall arrange for the deposit of said funds as expeditiously as is reasonably possible; and it is further

ORDERED *that*, conditioned upon compliance with the terms of this order, the parent and natural guardian of said infant is authorized and empowered to execute and deliver general releases and all other instruments necessary to effectuate the settlement herein; and it is further

3

ORDERED *that,* the cause of action asserted by the parent and natural guardian has been waived and is discontinued with prejudice and without costs; and it is further

ORDERED *that*, the filing of a bond is dispensed with.

With the Petition for infant compromise having hereby been approved, **the Clerk of Court is respectfully directed to close this case.**

Dated:       August 14, 2025
             White Plains, New York

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge

4